**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OLDHAM GROUP, INC.,**

        **Plaintiff,**

-vs-                                                  Case No. 6:08-cv-332-Orl-31DAB

**BOB G. DAVIS, BETTY DAVIS,**

        **Defendants.**

_____

## ORDER

This matter comes before the Court on the Motion to Dismiss or, in the Alternative, to Stay (Doc. 6) filed by the Defendants on March 17, 2008.  This case was transferred to this District from the Western District of Tennessee on March 6, 2008 under the so-called "first-filed" rule. (Doc. 1).  A Tennessee judge determined that this case involved the same parties and issues already before this Court in *Davis v. Oldham*, Case No. 6:07-cv-941-Orl-GAP-DAB, which had been filed a month prior to the instant case.  (Doc. 6-2).

The Defendants seek dismissal on the grounds that the Plaintiff failed to plead fraud in the inducement with particularity and failed to attach a copy of the allegedly breached contract.  (Doc. 6 at 3).  The Plaintiff has not filed a response to the motion, despite it having been filed with the Court's CM/ECF system and electronically transmitted to the two attorneys who signed the complaint when this case was filed in Tennessee.

In consideration of the foregoing, it is hereby

**ORDERED** that the Motion to Dismiss or, in the Alternative, to Stay (Doc. 6) filed by the Defendants is **GRANTED**, and this case is **DISMISSED**. The Plaintiff may file an amended complaint not more than 20 days after the of this order. As it appears that Plaintiff's counsel have not signed up for the CM/ECF system, the Clerk is directed to mail a copy of this order to the two attorneys who signed the complaint. (Doc. 2 at 6).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 14, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party