# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OLDHAM GROUP, INC.,**

        **Plaintiff,**

**-vs-**                              Case No. 6:08-cv-332-Orl-31DAB

**BOB G. DAVIS, BETTY DAVIS,**

        **Defendants.**

## ORDER

Upon consideration of the response (Doc. 29) filed by the Plaintiff to the Defendants' motion to dismiss (Doc. 26), the Defendants are hereby

**ORDERED** to file a sur-reply, not to exceed ten pages in length, on or before July 21, 2008, addressing the Plaintiff's response. In particular, the sur-reply should focus on the issue of whether Plaintiff's claim against Betty Davis is foreclosed, given that she was not a party to the earlier case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 8, 2008.

                                                            GREGORY A. PRESNELL
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party